**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-00637

BRIAN ZUTMAN, an individual,

      Plaintiff,

v.

PTA CORPORATION, a Connecticut corporation,

      Defendant.

---

**NOTICE OF REMOVAL**

---

      TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

      Defendant PTA Corporation ("Defendant"), by and through its undersigned counsel, respectfully submits this Notice of Removal of this action from the District Court, Boulder County, Colorado, the court in which this case is presently pending as Case No. 2021CV30113, to the United States District Court for the District of Colorado.  This Notice of Removal is filed under 28 U.S.C. § 1332, 1441 and 1446, as well as D.C.COLO.LCivR 81.1.  As grounds for removal, Defendant states as follows:

**OVERVIEW**

      1.    This case is removable because this Court has diversity jurisdiction over this matter. The parties reside in different states and the amount in controversy in this case allegedly exceeds $75,000. Accordingly, removal is appropriate under 28 U.S.C. § 1332. This removal notice is timely filed under 28 U.S.C. § 1446(b).

2.      Plaintiff alleges five claims for relief related to his former employment with Defendant, which  include claims of violation of Colorado Wage Claim Act, breach of contract, unjust enrichment, promissory estoppel and wage theft.

### SERVICE OF COMPLAINT AND SUMMONS

3.      On February 8, 2021, Plaintiff commenced an action in the District Court, Boulder County, Colorado (hereinafter referred to as "the State Court"), entitled *Brian Zutman v. PTA Corporation*, Case No. 2021CV30113 (hereinafter referred to as "the State Action").  A true and correct copy of the Complaint (**Exhibit A**), Summons (**Exhibit B**) and District Court Case Cover Sheet ("Cover Sheet") (**Exhibit C**) are respectively attached hereto.

4.      Plaintiff served Defendant with a copy of the Summons, Complaint and Cover Sheet on February 11, 2021.  An Affidavit of Service was filed with the Boulder County District Court on February 17, 2021 (**Exhibit D**).

5.      Defendant has not entered its appearance in the State Court.  Further, Defendant has not filed or served an answer or responsive pleading to the Complaint in the State Court.

6.      28 U.S.C. § 1332(a) grants original jurisdiction to the United States District Courts for "all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between… (1) citizens of different States."

7.      Plaintiff is a citizen of the State of Colorado. **Exhibit A**, State Complaint at ¶ 1.

8.      Defendant PTA Corporation is a Connecticut corporation with its principal place of business at 148 Christian Street, Oxford, Connecticut 06478[1].  *Id.* at ¶ 2.

---

[1] Plaintiff alleges that PTA Corporation's place of business in Colorado is located in Longmont, Colorado.  PTA Corporation's principal place of business is in Oxford, Connecticut and it is registered to do business in the State of Colorado.

9.      Therefore, Defendant PTA Corporation is not a citizen of the State of Colorado and complete diversity exists between the Plaintiff and Defendant.  *Id*. at ¶¶ 1-2.

10.     Plaintiff seeks as damages including compensation and all applicable penalties available under C.R.S. §8-4-101, *et seq.*, interest, costs and attorney fees and consequential damages. *See* **Exhibit A**, Claims for Relief 1-5.

11.     At this juncture, Plaintiff's allegations of unpaid wages include a $40,001.00 annual bonus, one month's vehicle allowance of $650.00, nearly $26,000 in penalties under C.R.S. 8-4-101, *et seq.*,[2] applicable pre- and post-judgment interest thereon, as well as attorneys' fees. **Exhibit E**, Declaration of Michael Rocheleau, Executive Vice President and CFO of PTA Corporation, attached hereto, at ¶ 3.  These figures alone, not including all of the other damages Plaintiff is claiming, satisfies the $75,000 amount in controversy.

## VENUE

12.     Venue lies in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1391(b) because the State Action was filed in this District and the State Action asserts that the alleged unlawful actions took place in this District.

13.     Defendant has not filed a responsive pleading in the State Action.

---

[2] Under C.R.S. 8-4-109(3),

> [i]f an employee's earned, vested, and determinable wages or compensation is not paid within fourteen days after [a] written demand is sent [to the employer], the employer shall be liable to the employee for the wages or compensation, and a penalty of the sum of the following amounts of wages or compensation due … (I) One hundred twenty-five percent of that amount of such wages or compensation up to and including seven thousand five hundred dollars; and (II) Fifty percent of that amount of such wages or compensation that exceed seven thousand five hundred dollars.

Here, Plaintiff is claiming $40,651 of unpaid wages.  One hundred twenty-five percent of the first $7,500 would come out to **$9,375** and fifty percent of the remaining $33,151 would come out to **$16,575.50**, bringing the total penalties to **$25,950.50**.

14.     No hearings have been set in the State Action. **Exhibit F**, State Court Docket Sheet.

**REMOVAL**

15.     Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all parties in this action and will simultaneously file a copy of this Notice of Removal in the District Court, Boulder County.

16.     No motions are pending and no hearings have been set in the State Action.

17.     Defendant submits this Notice of Removal without waiving any defenses to the claim asserted by Plaintiff or conceding that Plaintiff has pled a claim upon which relief can be granted.

18.     In accordance with D.C. COLO.L.CIV. R.81.1, Defendant has attached copies of all State Court pleadings, motions and other papers, including the State Court's current docket sheet, attached hereto as **Exhibits A-F**.

WHEREFORE, Defendant PTA Corporation respectfully requests that the United States District Court for the District of Colorado accept the removal of this action from the State Court and direct that the District Court for Boulder County have no further jurisdiction on this matter, unless and until this case is remanded.

Respectfully submitted this 3rd day of March, 2021.

                                    JACKSON LEWIS P.C.

                                    *s/ Ryan P. Lessmann*
                                    Ryan P. Lessmann
                                    Jessica S. Reed-Baum
                                    950 17th Street, Suite 2600
                                    Denver, Colorado 80202
                                    Telephone:  (303) 892-0404
                                    Facsimile:  (303) 892-5575
                                    Ryan.Lessmann@jacksonlewis.com
                                    Jessica.Reed-Baum@jacksonlewis.com

                                    *ATTORNEYS FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of March, 2021, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served via CM/ECF upon the following:

Amy Burma
Burma Law Offices, LLC
1035 Pearl Street, Suite 324
Boulder, CO 80302
amy@burmalawoffices.com

*s/ Halle Gotfredson*
for Jackson Lewis P.C.